**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA

VS.                              4:15CR00209-2 DPM

DERRICK PALMORE, JR

## ORDER

On September 8, 2015, the Court placed Defendant on home detention, with electronic monitoring, with a third-party custodian in Caruthersville, Missouri. Consistent with the Court's conditions, Defendant's bond papers (*doc. 65*) are MODIFIED to impose condition "(7)(q)," electronic location monitoring.

IT IS SO ORDERED this 9th day of September, 2015.

_____
UNITED STATES MAGISTRATE JUDGE